IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**THE CINCINNATI LIFE INSURANCE COMPANY,**

**Plaintiff,**

v.

**RANDALL D. BARNETT, as purported successor Trustee of the Joseph A. Parise, Jr. 1998 Irrevocable Trust; RONALD J. WALKER, JR., as named Trustee of the Joseph A. Parise Jr. 1998 Irrevocable Trust; and THE ESTATE OF JOSEPH A. PARISE, JR. through its Personal Representative, Randal D. Barnett,**

**Defendants.**

No. 07-CV-260-DRH

## ORDER OF DISMISSAL

**HERNDON, District Judge:**

Plaintiff's Notice of Dismissal Without Prejudice (Doc. 4) having been filed with this Court, **IT IS ORDERED** that this matter is hereby dismissed without prejudice pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(i).

**IT IS SO ORDERED.**

Signed this 7th day of August, 2007.

/s/     David   RHerndon
**United States District Judge**